IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

DEIVIS HERNANDEZ GUEDES                                    PETITIONER

V.                              CIVIL ACTION NO. 5:26-cv-78-DCB-BWR

MERRICK B. GARLAND et al.                                 RESPONDENTS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Rath's Report and Recommendation ("Report") [ECF No. 9], which recommends that pro se Petitioner Deivis Hernandez Guedes's 28 U.S.C. § 2241 Petition be dismissed without prejudice. The basis for this recommendation is Petitioner's failure to prosecute and obey three Court Orders [ECF Nos. 4, 5, and 8]. The Report was entered on May 11, 2026, and objections were due by May 25, 2026. No party has objected to the Report.

As Judge Rath has indicated in the Report, the Court entered two Orders on March 11, 2026: one directing Petitioner to file a compliant habeas petition or a notice of voluntary dismissal, and another directing him to either pay the filing fee or move for leave to proceed in forma pauperis, both by April 10, 2026. [ECF Nos. 4, 5]. Both orders, mailed to Petitioner's address at Adams County Correctional Center, were returned as undeliverable due to Petitioner's release. After Petitioner failed to meet the April 10th deadline, the Court issued an Order to Show Cause, setting a

further deadline of May 5, 2026, and warning that failure to comply would result in dismissal without further notice. [ECF No. 8]. Petitioner did not respond and on May 11, 2026, the Order was returned as undeliverable. [ECF No. 10.]. Judge Rath entered the Report on May 11, 2026, recommending that the Court dismiss without prejudice Petitioner Deivis Hernandez Guedes's Petition for Writ of Habeas Corpus due to his failure to prosecute and obey Court Orders.

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Where there are no objections, the Court applies the "clearly erroneous, abuse of discretion and contrary to law" standard of review to the Report. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court, having reviewed Petitioner Deivis Hernandez Guedes's 28 U.S.C. § 2241 Petition, the Orders that Petitioner did not respond to, and Judge Rath's Report, finds that the petition should be dismissed for failure to prosecute and failure to obey the Court's order. The Court adopts Judge Rath's findings and conclusions in full.

Accordingly,

The Court agrees with Judge Rath's recommendation. The Report [ECF No. 9] is hereby ADOPTED and the action is DISMISSED WITHOUT PREJUDICE.

A separate final judgment will be entered pursuant to Federal Rule of Civil Procedure 58.

SO ORDERED, this the 3rd day of June, 2026.

/s/ David C. Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE

3